UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HOODOO RESOURCES, LLC, et al.,<br><br>             Plaintiff,<br><br>     v.<br><br>I-MINERALS, INC., et al.,<br><br>             Defendants. | Case No. 1:14-CV-0078-EJL<br><br>**ORDER OF DISMISSAL** |

Based upon the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) (Dkt. 26) seeking voluntary dismissal of the action as to the named Defendants; and, for good cause, the same is GRANTED.

**THEREFORE, IT IS HEREBY ORDERED** that this case is **DISMISSED** in its entirety, without prejudice as to all Defendants.

DATED:  **June 12, 2014**

~~Honor~~able Edward J. Lodge
U. S. District Judge

ORDER - 1